UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                                         |   |                        |
|-----------------------------------------|---|------------------------|
| SECURITIES AND EXCHANGE COMMISSION      | \| |                        |
| v.                                      | \| | No. 1:16-cv-10524-RGS  |
| MARK A. JONES,                          | \| |                        |
|             Defendant.                  | \| |                        |

### ASSENTED TO MOTION TO EXTEND TIME TO ANSWER

The Defendant, Mark Jones, by and through undersigned Counsel, and with the assent of Counsel for the Securities and Exchange Commission, respectfully requests this Honorable Court to allow him additional time to file an answer in the instant matter until July 29, 2016.

In support of this Motion the Defendant states that he needs additional time to review the Complaint with his Counsel and to respond in light of criminal action pending against him and the attendant right against self-incrimination. In addition, the Defendant states that this request is in no way an effort to delay the proceedings and there is no prejudice to the Plaintiff. It is respectfully suggested that the Fifth Amendment issues should no longer an issue by the end of July, 2016.

Wherefore, the Defendant requests additional time to file an answer in the instant matter until July 29, 2016.

Dated: June 8, 2016

        Respectfully submitted,
        MARK A. JONES
        By and through his attorney,

        /s/ *Jeffrey A. Denner*
        Jeffrey A. Denner, BBO#120520
        Jeffrey Denner Associates, PC
        Four Longfellow Place, 35th Floor
        Boston, Massachusetts 02114
        Tel.   617.227.2800
        Fax.   617.973.1562
        jdenner@dennerlaw.com

        Assented to by:

        */s/ Xinyue Angela Lin*
        Xinyue Angela Lin
        Counsel for Securities and Exchange Commission

**Certificate of Service**

I, Jeffrey A. Denner, hereby certify that on this the 8th day of June 2016, I caused a true copy of the foregoing *Assented to Motion to Extend Time to Answer* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

        /s/ *Jeffrey A. Denner*
        Jeffrey A. Denner