# Cooley



**EXHIBIT A**

Luke T. Cadigan
+1 617 937 2480
lcadigan@cooley.com

September 6, 2016

Jeffrey A. Denner, Esq.
Denner Criminal Defense Group
4 Longfellow Place, 35th Floor
Boston, MA 02114

Re:  Global Gateway Solutions Inc.

Dear Mr. Denner:

We represent Global Gateway Solutions Inc. ("GGS") and its Managing Director and majority shareholder, Ms. Jacqueline Sutherland.  As you are aware, your client Mark Jones is a shareholder in GGS.

Ms. Sutherland is hereby proposing to buy all of Mr. Jones' shares and any other ownership or other interest he may claim to have in GGS for $600,000.00.  This proposal and any sale of Mr. Jones' shares would of course be subject to approval by the Court and its modification of the order freezing Mr. Jones' assets.

Please do not hesitate to contact me if you have any questions regarding this proposal.  We look forward to Mr. Jones' response.

Very truly yours,

Luke T. Cadigan

cc:     Angela Lin, Counsel, U.S. Securities and Exchange Commission
        Jacqueline Sutherland, Global Gateway Solutions Inc.