**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                        )
SECURITIES AND EXCHANGE                 )
COMMISSION,                             )
                                        )
        Plaintiff,              )   No. 1:16-cv-10524 (RGS)
                                        )
  v.                                    )
                                        )
MARK A. JONES                           )
                                        )
        Defendant.              )
                                        )
                                        )
_____)

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION TO MODIFY THE MARCH 15, 2016 ORDER FREEZING ASSETS AND GRANTING OTHER EQUITABLE RELIEF**

Having considered the Assented-To Motion by Plaintiff Securities and Exchange Commission to modify the Court's March 15, 2016 Order Freezing Assets and Granting Other Equitable Relief, it is **hereby ordered** that the sale of Defendant Mark A. Jones's ("Jones") equity interest in Global Gateway Solutions, Inc. is allowed.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

Dated: _____, 2016