# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

SECURITIES AND EXCHANGE )
COMMISSION, )
)
                Plaintiff, )      No. 1:16-cv-10524 (RGS)
)
     v. )
)
MARK A. JONES )
)
              Defendant. )
_____)

## MOTION TO ORDER THE DEPOSIT OF A
## CHECK IN THE REGISTRY OF THE COURT

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves for the Court to order the Court Clerk to establish an account in the Court Registry Investment System (CRIS) in the name of this action and deposit a cashier's check numbered 40102800 drawn on the account of The Bank of Nova Scotia Jamaica Limited dated January 16, 2017 in the amount of $6,210.04 to the benefit of the Court Clerk into the account.

The funds represent the proceeds from the sale of a 2007 Toyota Camry automobile located in Jamaica whose title is held in the name of Defendant Mark A, Jones and in the possession of his wife Julie Jones. These funds should be held in the account until the Court orders the funds distributed to injured investors at the close of the case. On Jones's behalf, Mr. Denner has provided his assent to this Motion and the associated Proposed Order.

WHEREFORE, the Commission respectfully requests that this Court order the Court Clerk to establish a CRIS account and authorize the deposit of the proceeds with the Registry of the Court as stated in the Proposed Order, attached hereto as Exhibit A.

Respectfully submitted,

/s/Frank C. Huntington
Frank C. Huntington (Mass Bar No. 544045)
        Senior Trial Counsel
J. Lauchlan Wash (Mass Bar No. 629092)
        Senior Enforcement Counsel
Xinyue A. Lin (Mass Bar No. 672786)
        Enforcement Counsel

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8960  (Huntington direct)
(617) 573-4590  (fax)
huntingtonf@sec.gov  (Huntington email)

DATED: February 1, 2017

## **Certificate of Service**

I, Frank Huntington, hereby certify that on February 1, 2017, I caused a true copy of the foregoing *Motion to Order the Deposit of a Check in the Registry of the Court* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

/s/Frank C. Huntington
Frank C. Huntington